Motion, DE13, is GRANTED.

/s/ Barbara D. Holmes

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Cunningham Utility District,<br><br>*Plaintiff*,<br><br>v.<br><br>Mueller Systems, LLC,<br><br>*Defendant*. | Civil Action No. 3:19-cv-00257<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

**UNOPPOSED MOTION TO RESCHEDULE
THE INITIAL CASE MANAGEMENT CONFERENCE**

Defendant Mueller Systems, LLC ("Mueller" or "Defendant"), by and through its undersigned counsel, respectfully moves the Court to reschedule the Initial Case Management Conference. In support of this motion, Mueller states:

1. The Initial Case Management Conference is scheduled for May 28, 2019, at 11:00 a.m. (D.E. 4). Lead counsel for Mueller is unavailable due to previously scheduled work travel.

2. Counsel for Mueller contacted chambers to inquire about additional dates to hold the Initial Case Management Conference and conferred with Plaintiff's counsel about the proposed dates. Counsel for both parties are available to attend the Initial Case Management Conference on May 21, 2019, at 10:00 a.m.

3. Counsel for Mueller conferred with counsel for Plaintiff, who does not oppose this motion.

WHEREFORE, Defendant Mueller respectfully requests that the Court:

1. grant its Motion to Reschedule the Initial Case Management Conference;

2.	enter an order rescheduling the Initial Case Management Conference to May 21, 2019, at 10:00 a.m.; and

3.	grant any other relief it deems just and proper.

Respectfully submitted,


*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, #21482
Christopher W. Cardwell, #19751
Marshall Thomas McFarland, #33432
**GULLETT SANFORD ROBINSON & MARTIN PLLC**
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
mtgallagher@gsrm.com
ccardwell@gsrm.com
tmcfarland@gsrm.com

and


Todd E. Jones (*pro hac vice*)
Coby S. Nixon (*pro hac vice*)
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Phone: (770) 434-6868
Fax: (770) 434-7376
tjones@taylorenglish.com
cnixon@taylorenglish.com

*Attorneys for Defendant*
*Mueller Systems, LLC*

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Gregory L Cashion
Mason C. Rollins
SMITH CASHION & ORR, PLC
3100 West End Avenue, Suite 800
Nashville, Tennessee 37201

                                      *s/Mary Taylor Gallagher*