IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Cunningham Utility District,<br><br>   *Plaintiff*,<br><br> v.<br><br>Mueller Systems, LLC,<br><br>   *Defendant*. | Civil Action No. 3:19-cv-00257<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cunningham Utility District and Defendant Mueller Systems, LLC, hereby stipulate, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's case shall be dismissed with prejudice, with each side to bear its own legal fees and other costs.

This 15th day of October, 2019.

| | |
|---|---|
| *s/ Gregory L. Cashion* | *s/ Mary Taylor Gallagher* |
| Gregory L. Cashion, # 10697 | Mary Taylor Gallagher, #21482 |
| Mason C. Rollins, # 36540 | Christopher W. Cardwell, #19751 |
| **SMITH CASHION & ORR, PLC** | Marshall Thomas McFarland, #33432 |
| 3100 West End Avenue, Suite 800 | **GULLETT SANFORD ROBINSON &** |
| Nashville, TN 37203 | **MARTIN PLLC** |
| (615) 742-8555 (Telephone) | 150 Third Avenue South, Suite 1700 |
| (615) 742-8556 (Facsimile) | Nashville, TN 37201 |
| gcashion@smithcashion.com | (615) 244-4994 (Telephone) |
| mrollins@smithcashion.com | (615) 256-6339 (Facsimile) |
| | mtgallagher@gsrm.com |
| *Attorneys for Plaintiff* | ccardwell@gsrm.com |
| *Cunningham Utility District* | tmcfarland@gsrm.com |

Todd E. Jones (*pro hac vice*)  
Coby S. Nixon (*pro hac vice*)  
**TAYLOR ENGLISH DUMA LLP**  
1600 Parkwood Circle, Suite 400  
Atlanta, Georgia 30339  
Phone: (770) 434-6868  
Fax: (770) 434-7376  
tjones@taylorenglish.com  
cnixon@taylorenglish.com  

*Attorneys for Defendant*  
*Mueller Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

Gregory L Cashion  
Mason C. Rollins  
SMITH CASHION & ORR, PLC  
3100 West End Avenue, Suite 800  
Nashville, Tennessee 37201  

*s/Mary Taylor Gallagher*